

United States District Court
Eastern District of California

| United States of America | Case Number: | 1:25-CR-00099-JLT-SKO |

Plaintiff(s)

V.

| Veronica Puentes |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Alyssa Silvaggi _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Veronica Puentes

On _____04/16/2018_____ (date), I was admitted to practice and presently in good standing in the

_____Southern District of Florida_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____01/08/2026_____          Signature of Applicant: /s/ _____/s/ A Silvaggi_____

U.S. District Court – Pro Hac Vice Application          Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: Alyssa Silvaggi

Law Firm Name: Black Srebnick

Address: 201 S. Biscayne Boulevard

Suite 1300

City: Miami    State: FL    Zip: 33131

Phone Number w/Area Code: (305) 371-6421

City and State of Residence: Weston, Florida

Primary E-mail Address: asilvaggi@royblack.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kevin P. Rooney

Law Firm Name: Hammerschmidt Law Corporation

Address: 2445 Capitol Street, Suite 215

City: Fresno    State: CA    Zip: 93721

Phone Number w/Area Code: (559) 233-5333    Bar # 107554

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/13/2026    *Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT