Alyssa Silvaggi, Fla Bar #114129
BLACK SREBNICK
201 S. Biscayne Blvd, Ste. 1300
Miami, FL 33131
Tel: (305) 371-6421

On behalf of Defendant, VERONICA PUENTES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

  vs.

VERONICA PUENTES,

   Defendant.

) Case No.: 1:25-cr-00099-JLT-SKO
)
)
) **ORDER ON DEFENDANT'S MOTION**
) **TO MODIFY CONDITIONS OF BOND**
)
)
)
)
)
)

THIS CAUSE came before the Court on the Defendant, VERONICA PUENTES's Unopposed Motion to Modify Conditions of Bond, and the Court, being fully advised in its premises, it is hereby

ORDERED and ADJUDGED that the Defendant's motion is granted in PART.

The Defendant may move to, and reside in, Miami-Dade County, Florida, so long as the Defendant complies with all conditions of pre-trial and her pre-trial officer preapproves the new residence. The defendant will notify pre-trial of any other changes or intent to change her new residence. Because the Defendant has a $100,000 personal surety bond which is governed by Fed. R. Cri. P. 46(e) and her eligibility, the Defendant is not authorized to sell her home on California Boulevard in Port St. Lucie or any other assets. She may, nevertheless, rent the property but must first notify pre-trial beforehand and obtain approval beforehand. She must also seek and obtain pretrial's permission of any change of her residence before moving to that residence.

IT IS SO ORDERED.

Dated:  **February 9, 2026**        _____

                 STANLEY A. BOONE
                 United States Magistrate Judge