Alyssa Silvaggi, Fla Bar #114129
BLACK SREBNICK
201 S. Biscayne Blvd, Ste. 1300
Miami, FL 33131
Tel: (305) 371-6421

On behalf of Defendant, VERONICA PUENTES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>VERONICA PUENTES,<br>Defendant. | Case No.: 1:25-cr-00099-JLT-SKO<br>**ORDER ON DEFENDANT'S WAIVER OF APPEARANCE** |

THIS CAUSE came before the Court on the Defendant, VERONICA PUENTES's Waiver of Appearance, and the Court, being fully advised in its premises, it is hereby

ORDERED and ADJUDGED that the Defendant's motion is granted. Defendant, Veronica Puentes, is hereby excused from appearing at the hearing scheduled for Wednesday, September 2, 2026.

IT IS SO ORDERED.

Dated: **August 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge