# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

VERONICA PUENTES,

Defendant.

Case No. 1:25-cr-00099-JLT-SAB-23

ORDER DENYING MOTION TO APPEAR BY VIDEO TELECONFERENCE

(ECF No. 273)

Before the Court is a request from Defendant Veronica Puentes for her counsel to appear by video teleconference for the September 2, 2026 status conference. (ECF No. 273.) As a general rule, federal criminal proceedings are in-person proceedings, both for defendant and counsel. Upon consideration of the reasons offered in support, and that video appearances are limited to only Fed. R. Crim. P. Rule 5 and 10 proceedings, the Court finds that no statutory authority and/or adequate basis has been proffered for the remote appearance of counsel.

Accordingly, the Court DENIES the motion.

IT IS SO ORDERED.

Dated: **August 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge